# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA,

Plaintiff,

v.

RENATO SARABIA-LOPEZ,

Defendant

JUDGMENT

CASE NUMBER: CR-12-37-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Indictment and claims therein are dismissed with prejudice.

March 26, 2012
*Date*

JAMES R. LARSEN
*Clerk*

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer